SUZUKI_G.stpwrit

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
OCT 27 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE M. SUZUKI, ) <br> ) <br> Defendant, ) <br> _____ ) <br> ) <br> GUAM POWER AUTHORITY, ) <br> ) <br> Garnishee. ) <br> _____ ) | CRIMINAL CASE NO. 94-00057 <br><br> **WRIT OF CONTINUING GARNISHMENT** |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, GEORGE M. SUZUKI's wages in the amount of $75.00 per pay period (weekly);

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $75.00 per pay period of GEORGE M. SUZUKI, Social Security Number XXX-XX-7183, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

> U.S. District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagåtña, Guam 96910

with a reference to court number **CR 94-00057** to ensure his account is properly credited.

DATED this 27TH day of October, 2006.

_____
Alex R. Munson
District Judge
District Court of Guam