SUZUKI_G.aacg

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 23 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 94-00057 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ANNUAL ACCOUNTING IN GARNISHMENT |
| GEORGE M. SUZUKI, | ) | |
| Defendant. | ) | |

To: Guam Power Authority
Attn.: Payroll
P.O. Box 2977
Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

//
//
//
//
//

Pursuant to the Writ of Continuing Garnishment issued on or about October 27, 2006, $2,175.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 22nd day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney



| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | | Current Liability |
|---|---|---|---|---|---|---|---|
| 1996A86196/001 | Suzuki, George M. | 6B | CR-94-00057 | 04 | $75.00 | | $24,908.00 |

For Report Parameters: 1996A86196 ,001 ,987249

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Scheduled Payment Date | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0031 | PMNT | 05/01/2002 | CH | H | 0020378 | | 0000209903 | | | 05/06/2002 | $100.00 |
| 0032 | PMNT | 11/17/2006 | GC | H | 0030432 | | 033997 | | | 11/21/2006 | $75.00 |
| 0033 | PMNT | 12/04/2006 | GC | H | 0030530 | | 034090 | | | 12/11/2006 | $75.00 |
| 0034 | PMNT | 12/18/2006 | GC | H | 0030602 | | 034258 | | | 12/28/2006 | $75.00 |
| 0035 | PMNT | 01/03/2007 | GC | H | 0030697 | | 034368 | | | 01/08/2007 | $75.00 |
| 0036 | PMNT | 01/16/2007 | GC | H | 0030785 | | 034509 | | | 01/22/2007 | $75.00 |
| 0037 | PMNT | 01/26/2007 | GC | H | 0030873 | | 034631 | | | 01/29/2007 | $75.00 |
| 0038 | PMNT | 02/12/2007 | GC | H | 0030968 | | 034723 | | | 02/20/2007 | $75.00 |
| 0039 | PMNT | 02/23/2007 | GC | H | 0031042 | | 034883 | | | 02/26/2007 | $75.00 |
| 0040 | PMNT | 03/12/2007 | GC | H | 0031118 | | 035019 | | | 03/26/2007 | $75.00 |
| 0041 | PMNT | 04/06/2007 | GC | H | 0031265 | | 00348095 | | | 04/09/2007 | $75.00 |
| 0042 | PMNT | 04/18/2007 | GC | H | 0031320 | | 00432447 | | | 04/23/2007 | $75.00 |
| 0043 | PMNT | 04/27/2007 | AG | A | BOG by Suzuki | | RECEIPT#0758 | | | 04/27/2007 | $262.00 |
| 0044 | PMNT | 05/04/2007 | GC | H | 0031421 | | 00438580 | | | 05/07/2007 | $75.00 |
| 0045 | PMNT | 05/15/2007 | GC | H | 0031472 | | 00451460 | | | 05/22/2007 | $75.00 |
| 0046 | PMNT | 06/05/2007 | GC | H | 0031597 | | 00457577 | | | 06/11/2007 | $75.00 |
| 0047 | PMNT | 06/13/2007 | GC | H | 0031645 | | 00464013 | | | 06/20/2007 | $75.00 |
| 0048 | PMNT | 06/27/2007 | GC | H | 0031740 | | 00469641 | | | 06/29/2007 | $75.00 |
| 0049 | PMNT | 07/16/2007 | GC | H | 0031901 | | 00475826 | | | 07/23/2007 | $75.00 |
| 0050 | PMNT | 07/31/2007 | GC | H | 0032130 | | 00481375 | | | 08/06/2007 | $75.00 |
| 0051 | PMNT | 08/06/2007 | GC | H | 0032291 | | 00487059 | | | 08/14/2007 | $75.00 |
| 0052 | PMNT | 08/28/2007 | GC | H | 0032706 | | 00493560 | | | 08/31/2007 | $75.00 |
| 0053 | PMNT | 09/10/2007 | GC | H | 0032824 | | 00500192 | | | 09/17/2007 | $75.00 |
| 0054 | PMNT | 09/20/2007 | GC | H | 0032902 | | 00506438 | | | 09/24/2007 | $75.00 |
| 000056 | PMNT | 10/02/2007 | GC | H | 0032986 | | 00513530 | | | 10/10/2007 | $75.00 |
| 000057 | PMNT | 10/19/2007 | GC | H | 0033116 | | 00519789 | | | 10/22/2007 | $75.00 |
| 000058 | PMNT | 10/31/2007 | GC | H | 0033197 | | | | | 11/05/2007 | $75.00 |

Case 1:94-cr-00057    Document 45    Filed 01/23/2008    Page 3 of 4



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU

For Report Parameters: 1996A86196 , 001 , 987249

Report Date: 01/15/2008

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|---|
| 1996A86196/001 | Suzuki, George M. | 6B | CR-94-00057 | 04 | $75.00 | $24,908.00 |

Scheduled Payment Date: $75.00

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000059 | PMNT | 11/20/2007 | GC | H | 0033332 | | 00526514 | | 11/26/2007 | $75.00 |
| 000060 | PMNT | 11/30/2007 | GC | H | 0033383 | | 00531864 | | 12/03/2007 | $75.00 |
| 000061 | PMNT | 12/07/2007 | GC | H | 0033429 | | 00538608 | | 12/10/2007 | $75.00 |
| 000062 | PMNT | 12/21/2007 | GC | H | 0033512 | | 00545730 | | 12/27/2007 | $75.00 |
| Total | | | | | | | | | | $4,362.00 |