ORIGINAL

SUZUKI_G.aacgSvc

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 29 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE M. SUZUKI,<br><br>Defendant,<br><br>GUAM POWER AUTHORITY,<br><br>Garnishee. | CRIMINAL CASE NO. 94-00057<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Annual Accounting in Garnishment** was sent to the defendant and garnishee by mail on January 28, 2008.

*/s/ Michelle Perez*
MICHELLE PEREZ