**SUZUKI_G.ter**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 94-00057 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| GEORGE M. SUZUKI, ) | |
| Defendant, ) | |
| GUAM POWER AUTHORITY, ) | |
| Garnishee. ) | |

On or about October 27, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about March 6, 2008, our office

//
//
//
//
//

confirmed with the garnishee that defendant is no longer employed with them as of March 10, 2007. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant GEORGE M. SUZUKI with garnishee Guam Power Authority.

DATED this 7th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov