1 **SUZUKI_G.terOrd**

2 LEONARDO M. RAPADAS
United States Attorney
3 JESSICA F. CRUZ
Assistant U.S. Attorney
4 MIKEL W. SCHWAB
Assistant U.S. Attorney
5 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
6 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
7 FAX: (671) 472-7215

8 Attorney's for United States of America

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF GUAM

11

12 UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 94-00057
    )
13           Plaintiff,    )
    )
14           v.    )    **O R D E R**
    )
15 GEORGE M. SUZUKI,    )    Re: United States Motion to Terminate
    )    Writ of Continuing Garnishment
16           Defendant,    )
    )
17 _____)
    )
18 GUAM POWER AUTHORITY,    )
    )
18           Garnishee.    )
19 _____)

20

21

22       Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the

23 Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing

24 Garnishment is hereby terminated.

25       **SO ORDERED**.

26

27     **/s/ Frances M. Tydingco-Gatewood**
      **Chief Judge**
28     **Dated: Mar 12, 2008**