**SUZUKI_G.terSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 94-00057 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| GEORGE M. SUZUKI, ) | |
| Defendant, ) | |
| _____) | |
| GUAM POWER AUTHORITY, ) | |
| Garnishee. ) | |
| _____) | |

     I hereby certify that on March 11, 2008, I electronically filed **Motion to Terminate Writ of Continuing Garnishment** and on March 13, 2008, I electronically filed **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

//

//

A copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the defendant, GEORGE M. SUZUKI and garnishee, GUAM POWER AUTHORITY by mail on **March 13, 2008**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 03/14/2008      By:   /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov