ORIGINAL

SUZUKI_G.taxgar2

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
APR 02 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>GEORGE M. SUZUKI,<br><br>    Defendant,<br><br>DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM,<br><br>    Garnishee. | CRIMINAL CASE NO. 94-00057<br><br>**STIPULATED MOTION FOR A WRIT OF GARNISHMENT**<br>(TAX YEAR 2007) |

WHEREAS Defendant, GEORGE M. SUZUKI, P.O. Box XXXX, Hagåtña, Guam 96932, Social Security Number XXX-XX-7183, has requested that any income tax refund including tax year 2007 payable to him from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, U.S. District Court of Guam for payment toward his restitution that is due and owing;

//

//

| | |
|---|---|
| 1 | Plaintiff, UNITED STATES OF AMERICA, and Defendant, GEORGE M. SUZUKI, |
| 2 | hereby jointly move the Court for an order of writ of garnishment on the income tax refund |
| 3 | including tax year 2007 account of Defendant, GEORGE M. SUZUKI. |

Dated: 03-21-08

_____
GEORGE M. SUZUKI
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 4/2/08

By: _____
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov