**SUZUKI_G.taxwrit**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 94-00057 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF GARNISHMENT** |
| | ) | (TAX YEAR 2006) |
| GEORGE M. SUZUKI, | ) | |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant GEORGE M. SUZUKI's income tax refund including tax year 2006.

//

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2006 account of George M. Suzuki, Social Security Number XXX-XX-7183, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 94-00057** to ensure his account is properly credited.

So Ordered.

**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Apr 08, 2008**

- 2 -

Case 1:94-cr-00057   Document 54   Filed 04/08/2008   Page 2 of 2