**SUZUKI_G.TaxSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE M. SUZUKI, <br><br> Defendant, <br><br> DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, <br><br> Garnishee. | CRIMINAL CASE NO. 94-00057 <br><br> **CERTIFICATE OF SERVICE** <br> (TAX YEAR 2006) |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment** and **Writ of Garnishment** were sent to the defendant and garnishee by mail on April 11, 2008.

                                               LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and the NMI

DATED: 4/18/08                        By:    /s/ Jessica F. Cruz
                                                    JESSICA F. CRUZ
                                                    Assistant U.S. Attorney
                                                    Jessica.F.Cruz@usdoj.gov
                                                    MIKEL W. SCHWAB
                                                    Assistant U.S. Attorney
                                                    mikel.schwab@usdoj.gov