**SUZUKI_G.stpgar2svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE M. SUZUKI, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> DZSP 21, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 94-00057 <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on April 14, 2008.

                                               LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and the NMI

DATED:4/18/08                          By:    /s/ Jessica F. Cruz
                                                        JESSICA F. CRUZ
                                                        Assistant U.S. Attorney
                                                        Jessica.F.Cruz@usdoj.gov
                                                       MIKEL W. SCHWAB
                                                       Assistant U.S. Attorney
                                                       mikel.schwab@usdoj.gov