**SUZUKI_G.TaxSvc2**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 94-00057 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | (TAX YEAR 2007) |
| GEORGE M. SUZUKI, | ) | |
| Defendant, | ) | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

    I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment** and **Writ of Garnishment** were sent to the defendant and garnishee by mail on April 14, 2008.

                                                        LEONARDO M. RAPADAS
                                                        United States Attorney
                                                        Districts of Guam and the NMI

DATED: 4/18/08                          By:    /s/ Jessica F. Cruz
                                                            JESSICA F. CRUZ
                                                           Assistant U.S. Attorney
                                                           Jessica.F.Cruz@usdoj.gov
                                                           MIKEL W. SCHWAB
                                                           Assistant U.S. Attorney
                                                           mikel.schwab@usdoj.gov