**SUZUKI_G.wdraw**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE M. SUZUKI, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> DEPARTMENT OF REVENUE ) <br>  AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 94-00057 <br><br> **MOTION TO WITHDRAW WRIT OF GARNISHMENT** <br> (TAX YEAR 2006) |

On or about April 8, 2008, a Writ of Garnishment (Tax Year 2006) directed to Garnishee was duly issued and served upon the Garnishee. On or about May 1, 2008, our office was informed by the garnishee, that after a review and processing of defendant's 2006 tax year

//

//

//

//

1  documents, it was found that defendant owes taxes for tax year 2006. Plaintiff respectfully
2  requests that the Court withdraw the Writ of Garnishment (Tax Year 2006).
3      DATED this 15th day of May, 2008.

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and the NMI

                    By:    /s/ Jessica F. Cruz
                          JESSICA F. CRUZ
                          Assistant U.S. Attorney
                          Jessica.F.Cruz@usdoj.gov
                          MIKEL W. SCHWAB
                          Assistant U.S. Attorney
                          mikel.schwab@usdoj.gov