**SUZUKI_G.WdrawSvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 94-00057 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | (TAX YEAR 2006) |
| GEORGE M. SUZUKI, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| DEPARTMENT OF REVENUE ) | |
| AND TAXATION, ) | |
| GOVERNMENT OF GUAM, ) | |
| ) | |
| Garnishee. ) | |

I hereby certify that a filed or electronically filed copy of the following: **Motion to Withdraw Writ of Garnishment** (Tax Year 2006) and **Order Re: United States Motion to Withdraw Writ of Garnishment** (Tax Year 2006) were sent to the defendant and garnishee by mail on May 20, 2008.

                                                  LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and the NMI

DATED: 05/23/08                  By:   /s/ Jessica F. Cruz
                                                      JESSICA F. CRUZ
                                                      Assistant U.S. Attorney
                                                      Jessica.F.Cruz@usdoj.gov
                                                      MIKEL W. SCHWAB
                                                      Assistant U.S. Attorney
                                                      mikel.schwab@usdoj.gov